507 A.2d 322

Michael MINDALA, Administrator of the Estate of Thomas Mindala, Deceased, Eileen S. Stiffler, Administratrix of the Estate of Vickie Lee Mindala, Deceased; and Tracy Lee Osborne, formerly known as Tracy Lee Mindala, a Minor, by Mellon Bank, N.A., Petitioner,

v.

AMERICAN MOTORS CORPORATION, et al.

Supreme Court of Pennsylvania.

March 25, 1986.

Petition for Allowance of Appeal GRANTED, Nos. 55 and 56 E.D. Appeal Docket 1986.